## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVE KERRIGAN, Acting Director of the Omaha Human Rights and Relations Department on behalf of Dennis Carman, Sandy Carman, and Jake Yokum,<br><br>        **Plaintiff,**<br><br>  vs.<br><br>**KELLY MOEHN**, Property Manager of Meadowbrook Estates; **STEVE CLOUSE**, Property Supervisor of Meadowbrook Estates; and **F STREET, LLC.,**<br><br>        **Defendants.** | 8:13CV235<br><br>ORDER |

Upon notice of settlement to the court on December 11, 2014,

**IT IS ORDERED that**:

1. On or before **January 12, 2015**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled trial is cancelled upon the representation that this case is settled. The pending motions in limine (Filing Nos. 36 and 37) are terminated as moot.

Dated this 12th day of December, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge