IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVE KERRIGAN, et al., | ) | **CASE NO. 8:13CV235** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| MEADOWBROOK ESTATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on the parties' **JOINT STIPULATION FOR DISMISSAL.** The Court, having reviewed the parties' Stipulation, and being otherwise fully advised in the premises, finds that the matter shall be dismissed, with prejudice, each party to pay its own costs and attorney fees.

**IT IS SO ORDERED**.

Dated this 16th day of January, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
The Honorable Joseph F. Bataillon
Senior United States District Judge

Prepared and submitted by:

| | |
|---|---|
| STEVE KERRIGAN, et al., | MEADOWBROOK ESTATES, et al., |
| By s/Michelle Peters | By s/ James P. Clements, Jr. |
| MICHELLE PETERS, No. 20021 | JAMES P. CLEMENTS, JR., #24116 |
| Assistant City Attorney | WELCH LAW FIRM, P.C. |
| 804 Omaha/Douglas Civic Center | 1299 Farnam Street, Suite 1220 |
| 1819 Farnam Street | Omaha, NE  68102 |
| Omaha, NE  68183 | Telephone:  402/341-1200 |
| Telephone: 402/444-5115 | jim@welchlawfirm.com |
| Michelle.peters@ci.omaha.ne.us | Attorney for Defendants |
| Attorney for Plaintiff | |